# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,, <br><br> Plaintiff, <br><br> v. <br><br> DAY TO DAY FASHION, INC., et al., <br><br> Defendants. | Case No. CV 17-01649 AFM <br><br> **ORDER SETTING SCHEDULING CONFERENCE** <br><br> **Date:** January 30, 2018 <br> **Time:** 10:00 a.m. <br> **Location:** Courtroom 780, 7th Floor <br>      255 East Temple Street <br>      Los Angeles, CA |

## READ THIS ORDER CAREFULLY

The matter is set for a scheduling conference on **Tuesday, January 30, 2018, at 10 a.m.** The conference will be held pursuant to Fed. R. Civ. P. 16(b). The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the scheduling conference and to submit a joint report to the Court not later than 14 days after they confer as required by Fed. R. Civ. P. 26(f) and Local Rule 26-1. Counsel are further directed to submit form ADR-1, located on the Court's website at www.cacd.uscourts.gov, no

later than 7 days before the scheduling conference date.

    IT IS SO ORDERED.

DATED: 12/8/2017

_____
    ALEXANDER F. MacKINNON
  UNITED STATES MAGISTRATE JUDGE